UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRANCE WILLIAMS, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:15-CV-1558-CEJ |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Because the Court has determined that the movant is entitled to relief under *Johnson v. United States*, 135 S.Ct. 2551 (2015), and judgment in the criminal case has been vacated (*See Terrance Williams v. United States, No. 4:16-CV-1036)*,

**IT IS HEREBY ORDERED** that the motions of Terrance Williams to vacate, set aside, or correct sentence [Doc. #1] and for appointment of counsel [Doc. # 12] are **denied as moot**

Dated this 3rd day of March, 2017.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE